IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ / | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

*This document relates to:*

Balden Pratt,  06-0356 CRB

_____ /

On July 31, 2007, the Court issued an Order To Show Cause directing plaintiff Balden Pratt to show cause as to why (1) his counsel's motion to withdraw should not be granted; and (2) plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed plaintiff to notify the Court in writing on or before August 23, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to contest either action. As of the date of this Order, plaintiff has not responded to the Court's July 31, 2007 Order and has not otherwise communicated with the Court. Accordingly, plaintiff's counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with

//
//
//

1  prejudice for a failure to prosecute.
2  **IT IS SO ORDERED.**
3
4  Dated: August 28, 2007

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\osc\BaldenPratt.wpd       2