**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

_____/

*This document relates to:*

    Louis Guiden, 06-6356 CRB

_____/

No. MDL 05-01699 CRB

**ORDER DISMISSING CLAIMS**

By Order filed March 17, 2008, the Court ordered plaintiff Louis Guiden to show cause by April 11, 2008 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court.  Accordingly, counsel's motion to withdraw is GRANTED and the claims of Louis Guiden are dismissed with prejudice for a failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 7, 2008

                                 _____
                                 CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\Guidendismissal.wpd

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28